IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY JANE GARCIA,

     Plaintiff,

v.                                      CASE NO: 1:12cv226-SPM/GRJ

FORAM GROUP, INC. OF GEORGIA,
FORAM GROUP, INC. and
THE BARTRAM, LLC.,

     Defendants.

_____/

## ORDER GRANTING REQUEST FOR JUDGMENT

Pursuant to the notice and request for judgment (doc. 10) and Rule 68 of

the Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED:

1.     The Clerk shall enter judgment in favor of Plaintiff and against the

Defendants in the amount of $25,000.00 plus $390.00 for the costs

incurred (here $350 for the filing fee and $40 for serving the

Complaint on the Defendants).

2.     All pending motions are denied as moot.

3.     This case is dismissed with prejudice.

SO ORDERED this 20th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge